No. 93–8394. DiDOMENICO v. BERK ET AL. Super. Ct. Pa. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [511 U. S. 1081] denied.

No. 93–8569. IN RE WHITAKER. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [511 U. S. 1105] denied.

No. 93–9593. GENDRON v. UNITED STATES. C. A. 1st Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 93–9335. IN RE THOMAS; and
No. 93–9433. IN RE ANDERSEN. Petitions for writs of habeas corpus denied.

No. 93–8620. IN RE MONROE;
No. 93–8893. IN RE MCCURDY;
No. 93–8919. IN RE TYLER; and
No. 93–8990. IN RE BILYEU. Petitions for writs of mandamus denied.

No. 93–768. MILWAUKEE BREWERY WORKERS' PENSION PLAN v. JOS. SCHLITZ BREWING CO. ET AL. C. A. 7th Cir. Certiorari granted limited to Question 1 presented by the petition. ▪

No. 93–7659. HARRIS v. ALABAMA. Sup. Ct. Ala. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 92–1751. ALCAN ALUMINUM CORP. v. FRANCHISE TAX BOARD OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–8835. DEAN v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 93–474. SANTORO v. MAHER TERMINALS, INC., ET AL.; and
No. 93–666. MAHER TERMINALS, INC. v. SANTORO ET AL. C. A. 3d Cir. Certiorari denied.